UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:  3:15cr56/TKW/EMT
  3:19cv1353/TKW/EMT

SHAWN RYAN GOODFLEISCH
_____/

# O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 125) and Defendant's objections (Doc. 128). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with magistrate judge's determination that Defendant's §2255 motion should be denied. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's §2255 motion is (Doc, 119) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 31st day of January, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**